AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MILEIDIS KATIUSKA FONSECA, and
WILSON ALBERTO OLALLA, on behalf of
themselves and others similarly situated,

*Plaintiff(s)*

v.

AJB CLEANING SERVICES LLC, and
JULIO ROBERTO BAQUERO, and
YEIMMU BAQUERO-AGUDELO, individually,

*Defendant(s)*

Civil Action No. 25 cv 1783   TAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AJB CLEANING SERVICES LLC, 1570 Willard Avenue, Newington, CT 06111
JULIO ROBERTO BAQUERO, 1570 Willard Avenue, Newington, CT 06111
YEIMMU BAQUERO-AGUDELO, 1570 Willard Avenue, Newington, CT 06111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/2/2025

Brenna Mahoney
*CLERK OF COURT*

s/Kimberly Davi
*Signature of Clerk or Deputy Clerk*